# EXHIBIT B

## (Certificates of Registration)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VAu 624-809**

EFFECTIVE DATE OF REGISTRATION

5 - 25 - 04

ATE CONTINUATION SHEET

---

**1** Title of This Work ▼: **Bucky**

Nature of This Work ▼: **Animation Art**

Previous or Alternative Titles ▼:

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼:

If published in a periodical or serial give — Volume ▼ — Number ▼ — Issue Date ▼ — On Pages ▼

---

**2** NAME OF AUTHOR ▼: a **BUCK G. WOODALL**

DATES OF BIRTH AND DEATH: Year Born ▼ **1973** — Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile: Citizen of **USA** / Domiciled in

Was This Author's Contribution to the Work:
- Anonymous? ☐ Yes ☒ No
- Pseudonymous? ☐ Yes ☒ No

Nature of Authorship: Check appropriate box(es).
- ☐ 3 Dimensional sculpture
- ☒ 2 Dimensional artwork
- ☐ Reproduction of work of art
- ☐ Map
- ☐ Photograph
- ☐ Jewelry design
- ☐ Technical drawing
- ☒ Text
- ☐ Architectural work

b Name of Author ▼:

Dates of Birth and Death: Year Born ▼ — Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile: Citizen of / Domiciled in

Was This Author's Contribution to the Work:
- Anonymous? ☐ Yes ☒ No
- Pseudonymous? ☐ Yes ☒ No

Nature of Authorship: Check appropriate box(es).
- ☐ 3 Dimensional sculpture
- ☐ 2 Dimensional artwork
- ☐ Reproduction of work of art
- ☐ Map
- ☐ Photograph
- ☐ Jewelry design
- ☐ Technical drawing
- ☐ Text
- ☐ Architectural work

---

**3** a Year in Which Creation of This Work Was Completed: **DEC. 1, 2003**

b Date and Nation of First Publication of This Particular Work: Month ___ Day ___ Year ___ Nation ___

---

**4** COPYRIGHT CLAIMANT(S): **BUCK G. WOODALL / P O BOX 563 / Hanalei, HI 96714**

APPLICATION RECEIVED: MAY 25 2004
ONE DEPOSIT RECEIVED: MAY 25 2004
TWO DEPOSITS RECEIVED:
FUNDS RECEIVED:

Transfer:

---

MORE ON BACK ▶   Page 1 of 2 pages

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:      Visual Material

Registration Number / Date:
                   VAu000624809 / 2004-05-25

Title:             Bucky : an animated feature project.

Description:       1 v.

Notes:             Artwork & text.

Copyright Claimant:
                   Buck G. Woodall, 1973-

Date of Creation:  2003

Variant title:     Bucky : an animated feature project.

Names:             Woodall, Buck G., 1973-

================================================================================
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-749-546**

**Effective date of registration:**

December 5, 2014

---

## Title
**Title of Work:** Bucky The Surfer Boy

## Completion/Publication
**Year of Completion:** 2014

## Author
- **Author:** Buck Goodday Woodall
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Buck Goodday Woodall
PO Box 1170, Hanalei, HI, 96714, United States

## Limitation of copyright claim
**Material excluded from this claim:** text
**Previous registration and year:** VAu000624809   2004-05-25
**New material included in claim:** revisions/additions to text

## Rights and Permissions
**Name:** Buck Goodday Woodall
**Email:** buckwoodall@yahoo.com   **Telephone:** 808-282-1181

## Certification
**Name:** Buck Goodday Woodall
**Date:** December 5, 2014

---

**Correspondence:** Yes

```
Type of Work:        Dramatic Work and Music; or Choreography

Registration Number / Date:
                     PAu003749546 / 2014-12-05

Application Title: Bucky The Surfer Boy.

Title:               Bucky The Surfer Boy.

Description:         Electronic file (eService)

Copyright Claimant:
                     Buck Goodday Woodall.

Date of Creation:    2014

Authorship on Application:
                     Buck Goodday Woodall, employer for hire; Citizenship:
                         United States. Authorship: text.

Previous Registration:
                     2004-05-25, VAu000624809.

Pre-existing Material:
                     text.

Basis of Claim:      revisions/additions to text.

Rights and Permissions:
                     Buck Goodday Woodall, (808) 282-1181, buckwoodall@yahoo.com

Copyright Note:      C.O. correspondence.

Names:               Woodall, Buck Goodday

===============================================================================
```



# Please Print This Page For Your Records

## Registration Confirmation

**Please print this page for your records.**

## Registration Number : 1145937

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please remember that changes cannot be made once material has been registered with the WGAw Intellectual Property Online Registration Service.

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

**Registered Item Information:**

| | |
|---|---|
| Material Type : | SCREENPLAY |
| Intended Medium : | SCREEN |
| Item Title : | Bucky & The Hui |
| Filename : | TREATMENT-BUCKY-&-THE-HUI.doc |
| Submission Date : | 7/25/2006 2:19:53 PM |

**Registrant/Author Information:**

| | |
|---|---|
| Registrant ID : | 585755383 |
| Registrant Last Name : | Woodall |
| Registrant First Name : | Buck |
| Registrant Middle Name : | G |

**Credit Card was Charged:**

| | |
|---|---|
| Credit Card # : | XXXXXXXXX-9085 |
| Name on Card: | Buck Woodall |
| Credit Card Expiration Date(mmyy) : | 0209 |