ELIZABETH YANG (SBN 249713)
YANG LAW OFFICES
199 W. Garvey Ave., Suite 201
Monterey, CA 91754
Tel: (877) 492-6452
Fax:(626) 988-8827
elizabeth@yanglawoffices.com

GUSTAVO D. LAGE
EL'AD D. BOTWIN
(Admitted *Pro Hac Vice*)
SANCHEZ-MEDINA, GONZALEZ,
QUESADA, LAGE, GOMEZ &
MACHADO, LLP
201 Alhambra Cir Suite1205
Coral Gables, FL 33134
Tel.: (305) 377-1000
Fax: (786) 304-2214
glage@smgqlaw.com
ebotwin@smgqlaw.com

JAMES WES CHRISTIAN
(Admitted *Pro Hac Vice*)
CHRISTIAN ATTAR
1177 W Loop South, Suite 1700
Houston, Texas 77027
Tel.: (877) 710-5170
Fax: (713) 659-7641
jchristian@christianattarlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL,<br><br>       Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, *et al*.<br><br>       Defendants. | **Case No.: 2:25-cv-00273-CBM-E**<br><br>**JOINT STIPULATION TO STAY THE CASE PENDING THE FINAL DETERMINATION OF ANY APPEAL IN THE RELATED ACTION**<br><br>Assigned to the Hon. Consuelo B. Marshall<br>Magistrate: Judge Charles F. Eick |

Joint Stipulation to Stay the Case

|   |   |
|---|---|
| 1 | Plaintiff Buck G. Woodall ("Plaintiff") and Defendants The Walt Disney |
| 2 | Company, Walt Disney Pictures, Walt Disney Pictures and Television, Walt Disney |
| 3 | Television Animation, Walt Disney Animation Studios, Disney Enterprises, Inc., |
| 4 | Buena Vista Home Entertainment, Inc., Mandeville Films, Inc., and Jenny Marchick |
| 5 | (collectively, "Defendants), by and through their respective counsel (collectively, |
| 6 | the "parties"), hereby stipulate as follows: |
| 7 | WHEREAS, the parties have agreed that the above-captioned case should be |
| 8 | stayed pending a ruling on the parties' post-trial motions and final determination of |
| 9 | any appeal in *Buck G. Woodall v. The Walt Disney Company, et al.*, Case No. 2:20- |
| 10 | cv-03772-CBM-E (the "Related Action"); |
| 11 | WHEREAS, the parties have further, agreed that Plaintiff may file an |
| 12 | amended complaint in this action notwithstanding the stay, provided, however, that |
| 13 | the stay remains in effect following the filing of any such amended complaint as |
| 14 | outlined herein; |
| 15 | THEREFORE, the parties hereby stipulate as follows: |
| 16 | This case should be stayed pending a ruling on the parties' post-trial motions |
| 17 | and the final determination of any appeal in the Related Action, provided, however, |
| 18 | that Plaintiff may file an amended complaint in this action, notwithstanding the stay |
| 19 | (with the stay to continue in effect following the filing of any such amended |
| 20 | complaint). |
| 21 | A Proposed Order is submitted concurrently herewith. |
| 22 | /// |

|     |                         |                                                          |
| --- | ----------------------- | -------------------------------------------------------- |
| 1   |                         |                                                          |
| 2   |                         | Respectfully Submitted,                                  |
| 3   |                         | YANG LAW OFFICES                                         |
| 4   | Dated: April 11, 2025   | SANCHEZ-MEDINA, GONZALEZ,                                |
| 5   |                         | QUESADA, LAGE, GOMEZ & MACHADO, LLP                      |
| 6   |                         |                                                          |
| 7   |                         | By: *s/Gustavo D. Lage*                                  |
| 8   |                         |      Gustavo D. Lage                                     |
| 9   |                         | *Attorneys for Plaintiff*                                |

Dated: April 11, 2025        HUESTON HENNIGAN LLP

By:  *s/Robert N. Klieger*
     Robert N. Klieger

*Attorneys for Defendants*

## Certificate of Service

I hereby certify that, on this 11th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: April 11, 2025                    Respectfully Submitted,

                                         By:  *s/Gustavo D. Lage*
                                              Gustavo D. Lage

                                              *Attorneys for Plaintiff*