# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCK G. WOODALL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>    Defendants. | **Case No.: Case No.: 2:25-cv-00273-CBM-E**<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO STAY THE CASE PENDING THE FINAL DETERMINATION OF ANY APPEAL IN THE RELATED ACTION**<br><br><br>Assigned to Hon. Consuelo B. Marshall<br>Magistrate: Judge Charles F. Eick |

---

[PROPOSED] ORDER
CASE NO. 2:20-CV-03772-CBM-E

**[PROPOSED] ORDER**

Having reviewed the Joint Stipulation to Stay this Action pending a ruling on the parties' post-trial motions and final determination of any appeal in *Buck G. Woodall v. The Walt Disney Company, et al.*, Case No. 2:20-cv-03772-CBM-E (the "Related Action"); (Dkt. No. __), and good cause appearing therefor, the Court orders as follows:

1. This case is stayed pending a ruling on the parties' post-trial motions and the final determination of any appeal in the Related Action;
2. Notwithstanding the stay, Plaintiff may file an amended complaint in this action, with the stay to continue in effect following the filing of any such amended complaint, as set forth in this Order.

**IT IS SO ORDERED.**

Dated: _____

Hon. Consuelo B. Marshall
United States District Court Judge